FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 18 2010

JAMES N. HATTEN, Clerk
By: *L. Wade Childs*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LARRY DEAN TAYLOR, | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| v. | ) No. 1:10-cv-01878-JOF-JFK |
| AUTOMATIC DATA PROCESSING, INC.; and ADP SCREENING AND SELECTION SERVICES, INC. | ) |
| Defendants. | ) |

**CONSENT ORDER EXTENDING DISCOVERY PERIOD**

Plaintiff Larry Dean Taylor and Defendants Automatic Data Processing, Inc. and ADP Screening and Selection Services, Inc. (hereinafter referred to collectively as the "Parties") having jointly moved this Court to extend the time in which discovery may be conducted, and it appearing to this Court that additional time is needed for the Parties to conduct discovery, it is hereby

**ORDERED** that the Parties shall have through and including March 13, 2011 to conduct discovery.

**SO ORDERED** this 18th day of November, 2010.

_____
JANET F. KING, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CONSENTED TO BY:

| | |
|---|---|
| /s/Justin T. Holcombe | /s/Jeffery R. Saxby |
| Justin t. Holcombe, Esq. | Jeffery R. Saxby |
| Georgia Bar No. 552100 | Georgia Bar No. 623423 |
| | |
| Skaar & Feagle, LLP | Epstein Becker & Green, P.C. |
| 108 E. Ponce de Leon Avenue | Resurgens Plaza, Suite 2700 |
| Suite 204 | 945 East Paces Ferry Road |
| Decatur, Georgia 30030 | Atlanta, Georgia 30326 |
| Telephone: (404) 373-1970 | Telephone: (404) 923-9000 |
| Facsimile: (404) 601-1855 | Facsimile: (404) 923-9099 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |

FIRM:4677897