```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

| | |
|---|---|
| LARRY DEAN TAYLOR, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | No. 1:10-cv-01878-JOF-JFK |
| v. ) | |
| ) | |
| AUTOMATIC DATA PROCESSING, INC.; ) | |
| and ADP SCREENING AND SELECTION ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME** Plaintiff Larry Dean Taylor and Defendants Automatic Data Processing, Inc. and ADP Screening and Selection Services, Inc. and, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby dismiss with prejudice the above-styled and numbered action, including all claims alleged therein, with each party to bear its respective attorneys' fees, costs and expenses of litigation.

Respectfully submitted this 18th day of May, 2011.

/s/ James M. Feagle
James M. Feagle
Georgia Bar No. 256916

Skaar & Feagle, LLP
108 E. Ponce de Leon Avenue
Suite 204
Decatur, Georgia 30030
Telephone: (404) 373-1970
Facsimile: (404) 601-1855

                              Attorneys for Plaintiff Larry Dean Taylor

                              /s/ Jeffery R. Saxby
                              Jeffery R. Saxby
                              Georgia Bar No. 623423

Epstein Becker & Green, P.C.
Resurgens Plaza, Suite 2700
945 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 923-9000
Facsimile: (404) 923-9099

                              Attorneys for Defendants Automatic Data Processing, Inc. and ADP Screening and Selection Services, Inc.